IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20757-MARTINEZ /McALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTIAN COLOMA, et al.,

    Defendants.

---

**ORDER**

---

This cause comes before the Court on Christian Coloma's Motion to Adopt Co-Defendant Karen Kallen-Zury's motion to transfer venue and Co-Defendant Daisy Miller's motion for bill of particulars. The Court being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the motion is GRANTED.

DONE and ORDERED in Chambers at Miami, Florida, this 4 day of February, 2013.

JOSE MARTINEZ
UNITED STATES DISTRICT JUDGE