**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 12-20757 (Martinez, J.) |
| | ) |
| KAREN KALLEN-ZURY, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW MOTION AND MEMORANDUM IN**
**SUPPORT OF MOTION TO REDUCE SENTENCE PURSUANT TO 18**
**U.S.C. § 3582(c)(1)(A)(i)**

Defendant, Karen Kallen-Zury, respectfully moves to withdraw the MOTION

AND MEMORANDUM IN SUPPORT OF MOTION TO REDUCE SENTENCE

PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. # 839), filed on April 8, 2020,

and requests that the Court permit Ms. Kallen-Zury to re-file this Motion, as

amended, at a later time.

RESPECTFULLY SUBMITTED,

/s/ *Don Samuel*
DONALD SAMUEL, ESQ.

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225

/s/ *Hanna Liebman Dershowitz*
HANNA LIEBMAN DERSHOWITZ

1

THE ALEPH INSTITUTE
543 Maple Street, Suite 1
Brooklyn, NY 11225
(347) 436-7518
hanna@aleph-institute.org

                              /s/ *Jack Goldberger*
                              JACK GOLDBERGER
                              Florida Bar No.: 262013

ATTERBURY, GOLDBERGER & WEISS, P.A.
250 Australian Ave South, Ste 1400
West Palm Beach, FL 33401-5012
Phone: 561-659-8300
jgoldberger@agwpa.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 12-20757-CR-MARTINEZ

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**KAREN KALLEN-ZURY et al,**

    **Defendants,**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> Karen Rochlin, A.U.S.A.
> U.S. Attorney's Office
> 99 NE 4th Street
> Miami, FL 33132

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ *Jack Goldberger*
JACK GOLDBERGER
Florida Bar No.: 262013

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## Case No.:  12-20757-CR-MARTINEZ

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

KAREN KALLEN-ZURY,

     Defendant.

_____/

## SERVICE LIST

DANIEL L. RODRIGUEZ
CA Bar No.: 170229
**LAW OFFICES OF DANIEL L. RODRIGUEZ**
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008
Ph: 619-922-3763
Fax: 866-294-9121
drodlaw@me.com
*Counsel for Daisy Miller*

WILFREDO A. FERRER
**U.S. ATTORNEY'S OFFICE**
99 N.E. 4th Street, Suite 530
Miami, FL 33132

AMBER DONNER
CHRIS GAINOR
**GAINOR & DONNER**
799 Brickell Plaza
Suite 606
Miami, FL 33131
Ph: 305-358-1064
Fax: 305-372-1644
adonner@gainorlaw.org
*Counsel for Christian Coloma*

ROBERT ZINK
**US DEPARTMENT OF JUSTICE**
Criminal Division, Fraud Section
1400 New York Ave NW FL 4
Washington, DC 20005-2107
Ph: 202-514-0095
Robert.Zink@usdoj.gov

4