UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 12-20757-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAREN KALLEN-ZURY,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)**

THIS MATTER came before the Court upon Defendant's Motion to Withdraw Motion and Memorandum in Support of Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [ECF No. 840]. After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Withdraw Motion and Memorandum in Support of Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [ECF No. 840] is hereby **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of April, 2020.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record